```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
JIANDONG WU,                                                 :
                                                             :
                              Petitioner,                    :     1:25-cv-8968-GHW
                                                             :
              -v -                                           :     ORDER
                                                             :
JUDITH ALMODOVAR, *in her official capacity as*              :
*Field Office Director of Enforcement and Removal*           :
*Operations, New York City, Immigration and Customs*         :
*Enforcement, et al.*,                                       :
                              Respondents                    :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    On October 30, 2025, Jiandong Wu filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Dkt. No. 1. Respondents' opposition is due no later than November 13, 2025.

Petitioner's reply, if any, is due two weeks after the date of service of Respondents' opposition.

    SO ORDERED.

Dated: October 30, 2025
New York, New York

                                               GREGORY H. WOODS
                                          United States District Judge