```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
JIANDONG WU,                                                     :
                                                                 :
                                     Petitioner,  :          1:25-cv-8968-GHW
                                                                 :
                    -v -                                  :             ORDER
                                                                 :
JUDITH ALMODOVAR, *in her official capacity as*                  :
*Field Office Director of Enforcement and Removal*               :
*Operations, New York City, Immigration and Customs*             :
*Enforcement, et al.*,                                           :
                                 Respondents.:
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      On October 29, 2025, Petitioner Jiandong Wu filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Dkt. No. 1. On October 30, 2025, the Court set a briefing schedule in this matter. Dkt. No. 3. In accordance with that briefing schedule, Respondents filed their opposition on November 13, 2025, Dkt. No. 5, and Mr. Wu filed his reply on November 19, 2025, Dkt. No. 9. On November 20, 2025, the Court scheduled oral argument in this matter for November 24, 2025. Dkt. No. 10. On November 20, 2025, the parties filed a joint letter requesting that the Court resolve the motion without a hearing because "the facts of this case are materially indistinguishable" from the facts in an earlier case before this Court, *Savane v. Francis, et al.*, No. 25-cv-6666, 2025 WL 2774452 (S.D.N.Y. Sept. 28, 2025). Dkt. No. 11.

      Earlier today, the Court conducted a conference to confirm the parties' understanding that this case is "materially indistinguishable" from *Savane*, 2025 WL 2774452. During that conference, the parties confirmed that it was each party's position that the facts of Mr. Wu's case are materially indistinguishable from *Savane* and that the Court's reasoning in *Savane* should control the outcome in this case. Having reviewed the parties' written submissions in connection with Mr. Wu's petition, and in reliance on the parties' positions expressed on the record during the conference today, Mr.

Wu's petition is GRANTED for the reasons set forth in the Court's decision in *Savane*, 2025 WL 2774452.

Respondents are directed to release Petitioner within one business day of this order and are further directed to certify compliance with this Court's order by a filing on the docket no later than November 26, 2025. The Clerk of Court is directed to enter judgment for Petitioner to close this case.

SO ORDERED.

Dated: November 24, 2025

GREGORY H. WOODS
United States District Judge