**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JIANDONG WU,

                     Petitioner,                25 **CIVIL** 8968 (GHW)

    -against-                        **JUDGMENT**

JUDITH ALMODOVAR, in her official capacity as
Field Office Director of Enforcement and Removal
Operations, New York City, Immigration and Customs
Enforcement, et al.,

                    Respondent.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated November 24, 2025, Wu's petition is GRANTED for the

reasons set forth in the Court's decision in Savane, 2025 WL 2774452.

Respondents are directed to release Petitioner within one business day of this order and are

further directed to certify compliance with this Court's order by a filing on the docket no later

than November 26, 2025; accordingly, judgment is entered in favor of Petitioner and the case is

closed.

**DATED:** New York, New York
           November 25, 2025

                                    **TAMMI M. HELLWIG**
                                 _____
                                  **Clerk of Court**

              **BY:** _____
                                    **Deputy Clerk**